Certificate Number: 16339-MD-DE-029410445

Bankruptcy Case Number: 17-13474



16339-MD-DE-029410445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2017, at 10:34 o'clock PM EDT, Matthew Bonkowski completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   June 12, 2017            By:   /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor