```
Citibank/Exxon Mobile
P.O. Box 6497
Sioux Falls, SD 57117


McCarth, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH 44146


McCarthy, Burgess & Wolff, Inc.
P.O. Box 461210
Bedford Hts, OH 44146-1210
```